DATE 7/30/2015

**NOTICE OF APPEALS**
**ASSIGNMENT OF COURT OF APPEALS**

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS

7/30/2015 9:14:50 AM
CHRISTOPHER A. PRINE
Clerk

**TO:** 1ST COURT OF APPEALS

**From:** **Deputy Clerk: MICHELLE LOPEZ**
**Chris Daniel, District Clerk**
**Harris County, T E X A S**

**CAUSE:** 2012-67412a

**VOLUME** _____ **PAGE** _____ **OR** **IMAGE #** 66047998

**DUE** 8/28/2015 **ATTORNEY** 24069800

**NOTICE OF APPEAL HAS BEEN ASSIGNED TO THE** 1ST

**DATE JUDGMENT SIGNED:** 6/29/2015

**MOTION FOR NEW TRIAL DATE FILED:** N/A

**REQUEST TRANSCRIPT DATE FILED** N/A

**NOTICE OF APPEAL DATE FILED** 7/29/2015

**NUMBER OF DAYS: ( CLERKS RECORD )** 60

**FILE ORDERED:** YES ☐ NO ☒ **IMAGED FILED:** YES ☒ NO ☐

**CODES FOR NOTICE OF APPEAL:** BC, C, OA

CHRIS DANIEL
Harris County, District Clerk

By: _/s/MICHELLE LOPEZ_
**MICHELLE LOPEZ, Deputy**

BC      NOTICE OF APPEAL FILED
BG      NOTICE OF APPEAL FILED – GOVERNMENT
C       JUDGMENT BEING APPEALED
D -     ACCELERATED APPEAL
OA      NO CLERK'S RECORD REQUEST FILED
O       CLERK'S RECORD REQUEST FILED (W/NOTICE OF APPEAL)
NA      AMENDED NOTICE OF APPEAL

NO. 2012-67412A

| | | |
|---|---|---|
| **REGIONS BANK,** | § | **IN THE DISTRICT COURT** |
| | § | |
| **Plaintiff** | § | |
| | § | |
| **v.** | § | **OF HARRIS COUNTY, TEXAS** |
| | § | |
| **HASSAN CHAHADEH** | § | |
| | § | |
| **Defendant** | § | **270TH JUDICIAL DISTRICT** |

## DEFENDANT HASSAN CHAHADEH'S NOTICE OF APPEAL

NOW INTO COURT, through undersigned counsel, comes Defendant Hassan Chahadeh to submit its Notice of Appeal in this case pursuant to Texas Rule of Appellate Procedure 25.1(a).

1.      This Notice of Appeal is filed to appeal the final judgment and certain orders and rulings on matters that preceded and followed said final judgment in the matter styled, *Regions Bank v. Hassan Chahadeh,* Cause No. 2012-67412A in the 270th Judicial District of Harris County, Texas.  Specifically, Defendant Hassan Chahadeh appeals the following orders and rulings:

(a)      Order For Interlocutory Summary Judgment and Order Awarding Attorney's Fees signed April 27, 2015;

(b)      Ruling Denying Defendant Hassan Chahadeh's Motion to Reconsider Ruling on Plaintiff's Second Amended Motion for Summary Judgment;

(c)      Order on Regions Bank's Motion for Severance signed June 29, 2015; and

(d)      Order on Regions Bank's Motion for Severance signed July 10, 2015.

2.      Defendant Hassan Chahadeh desires to appeal.

3.      This appeal will be taken to the First or Fourteenth Court of Appeals.

4.      Defendant Hassan Chahadeh is the party filing this Notice of Appeal.

Respectfully submitted,

**LISKOW & LEWIS**

By:    /s/ Alma F. Gomez
          Wade T. Howard
          State Bar No. 00787725
          Alma F. Gomez
          Texas State Bar No. 24069800
1001 Fannin, Suite 1800
Houston, Texas  77002
Telephone:  (713) 651-2900
Telecopier:  (713) 651-2908

**ATTORNEYS FOR DEFENDANT AND COUNTER-PLAINTIFF HASSAN CHAHADEH**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served on all counsel of record by certified mail, return receipt requested or facsimile on this the 29th day of July 2015:

Andrew I. Kerr
Charles John Muller, IV
Strasburger & Price, LLP
2301 Broadway Street
San Antonio, Texas  78215
Facsimile:  210-250-6100
andy.kerr@strasburger.com
john.muller@strasburger.com
*Attorneys for Plaintiff*

Charles H. Mansour
Mansour & Associates
440 Louisiana, Suite 100
Houston, Texas 77002
Facsimile: (713) 227-1227
charles@mansourtitle.com
*Attorneys for Third-Party Defendant*
*Kamran Nezami*

       /s/ Alma F. Gomez
       Alma F. Gomez

4278317v1_doc.

-2-

**CAUSE NO 2012-67412**

| | | |
|---|---|---|
| REGIONS BANK, | § | IN THE DISTRICT COURT |
| | § | |
| Plaintiff, | § | |
| | § | |
| v | § | OF HARRIS COUNTY, TEXAS |
| | § | |
| HASSAN CHAHADEH, | § | |
| | § | |
| Defendant | § | 270th JUDICIAL DISTRICT |

## ORDER ON REGIONS BANK'S MOTION FOR SEVERANCE

Before the Court is Plaintiff Regions Bank's Motion to Sever   After considering the Motion, the pleadings on file, and any arguments of counsel, the Court is of the opinion that the motion should be GRANTED

IT is therefore ORDERED that all of Plaintiff Regions Bank's claims against Defendant Hassan Chahadeh and all Defendant Hassan Chahadeh's counterclaims against Plaintiff Regions Bank are severed into a separate cause of action

It is further ORDERED that this new cause of action will be assigned Cause No 2012-67412-A and be styled *Regions Bank v Hassan Chahadeh*

It is further ORDERED that the Clerk shall prepare certified copies of the following pleadings and orders and file them in new Cause No 2012-67412-A

| | Name of Document | Filed Date | Image No |
|---|---|---|---|
| 1 | Original Petition of Regions Bank | 11/13/2012 | 53926033 |
| 2 | Citation | 12/11/2012 | 54175500 |
| 3 | Original Answer and Request for Disclosure | 01/07/2013 | 54368442 |
| 4 | Return of Citation | 01/07/2013 | 54359003 |

Page 1 of 5

2053889 1/SPH/11683/0227/061115

RECORDER S MEMORANDUM
This instrument is of poor quality
at the time of imaging

| | | |
|---|---|---|
| 5   Defendants Amended Original Answer and Request for Disclosure | 05/17/2013 | 55743005 |
| 6   Plaintiff's Motion for Summary Judgment | 09/25/2013 | 57448548 |
| 7   Defendants Second Amended Original Answer and Request for Disclosures | 10/10/2013 | 57739307 |
| 8   First Supplement to Plaintiff's Motion for Summary Judgment | 10/29/2013 | 58050018 |
| 9   Defendant Hassan Chahadeh's Response to Plaintiff's Motion for Summary Judgment | 11/14/2013 | 58294681 |
| 10  Hassan Chahadeh's Counterclaims | 02/25/2014 | 59808556 |
| 11  Original Answer of Regions Bank to Counterclaim of Hassan Chahadeh | 07/31/2014 | 61797406 |
| 12  Plaintiff's First Amended Motion for Summary Judgment | 08/07/2014 | 61887682 |
| 13  Jury Fee Letter | 08/22/2014 | 62095690 |
| 14  Plaintiff's Special Exceptions, Motion to Strike Jury Demand and Motion to Enforce Jury Waiver Agreement | 08/25/2014 | 62098767 |
| 15  Defendant Hassan Chahadeh's Motion for Continuance of Trial Setting and the Hearing on Plaintiff's First Amended Motion for Summary Judgment | 08/26/2014 | 62107744 |
| 16  Defendant Hassan Chahadeh's Response to Plaintiff's First Amended Motion for Summary Judgment | 09/12/2014 | 62321131 |
| 17  Plaintiff's Reply to Hassan Chahadeh's Response to First Amended Motion for Summary Judgment | 09/17/2014 | 62382739 |
| 18  Plaintiff's Objections to Defendant Hassan Chahadeh's Evidence in Support of His Response to Plaintiff's First Amended Motion for Summary Judgment | 09/17/2014 | 62382737 |

2053889 1/SPH/11683/0227/061115

19 Defendant Hassan Chahadeh's
Response Plaintiff's Special Exceptions,
Motion to Strike Jury Demand and
Motion to Enforce Jury Waiver Agreement          09/18/2014          62391425

20 Order Signed Resetting Trial                  10/23/2014          62559712

21 Docket Control/Pretrial Order Signed          10/24/2014          62915982

22 Hassan Chahadeh's
First Amended Counterclaims                      10/27/2014          62931779

23 Order Signed Denying Special Exceptions       12/17/2014          63638425

24 Plaintiff's Reply to Defendant's Response
to Plaintiff's Special Exceptions,
Motion to Strike Jury Demand and
Motion to Enforce Jury Waiver Agreement          12/19/2014          63580188

25 Plaintiff's Motion to Reconsider Ruling on
Motion to Enforce Jury Waiver Agreement          01/29/2015          64020033

26 Defendant Hassan Chahadeh's Response to
Plaintiff's Motion to Reconsider Ruling on
Motion to Enforce Jury Waiver Agreement          02/11/2015          64192021

27 Order Signed Denying Rehearing                02/24/2015          64469259

28 Plaintiff's Second Amended
Motion for Summary Judgment                      03/04/2015          64488555

29 Defendant Hassan Chahadeh's Response to
Plaintiff's Second Amended
Motion for Summary Judgment                      03/20/2015          64709381

30 Plaintiff's Reply to Hassan Chahadeh's
Response to Second Amended
Motion for Summary Judgment                      03/26/2015          64799169

31 Plaintiff's Objections to Defendant
Hassan Chahadeh's Evidence in Support of his
Responses to Plaintiff's Second Amended
Motion for Summary Judgment                      03/26/2015          64790690

2053889 1/SPH/11683/0227/061115

| | | |
|---|---|---|
| 32  Court's Docket Entry Granting Plaintiff's Second Amended Motion for Summary Judgment | 04/17/2015 | _____ |
| 33  Plaintiff's Proposed Order of Judgment | 04/20/2015 | 65097691 |
| 34  Defendant Hassan Chahadeh's Response to Plaintiff's Proposed Judgment and Motion to Reconsider Ruling on Plaintiff's Second Amended Motion for Summary Judgment | 04/21/2015 | 65108449 |
| 35  Proposed Order Granting Defendant Hassan Chahadeh's Motion to Reconsider Ruling on Plaintiff's Second Amended Motion for Summary Judgment | 04/21/2015 | 65108451 |

It is further ORDERED that Plaintiff Regions Bank will pay the cost for copying the above documents

It is further ORDERED that this is a final severance and makes Regions Bank's Judgment entered against Defendant Hassan Chahadeh final and disposes of all parties and all issues

SIGNED this ____29____ day of _____, 2015

_____
JUDGE PRESIDING

2053889 1/SPH/11683/0227/061115

SUBMITTED BY

**STRASBURGER & PRICE, LLP**
2301 Broadway
San Antonio, Texas 78215-1157
(210) 250-6000
(210) 250-6100 (Facsimile)

By  */s/ Andrew L Kerr*
      **ANDREW L KERR**
      State Bar No 11339500
      andy kerr@strasburger com
      **CHARLES JOHN MULLER IV**
      State Bar No 24070306
      john mullei@strasburgei com
      **CLIFFORD BOWIE HUSTED**
      State Bar No 00796803
      bowie husted@strasburger com
      909 Fannin Street, Suite 2300
      Houston, Texas 77010
      (713) 951-5600
      (713) 951-5660 (Facsimile)

**ATTORNEYS FOR PLAINTIFF,
REGIONS BANK**

2053889 1/SPH/11683/0227/061115

```
JUC8H (NR4#)      JUSTICE INFORMATION MANAGEMENT SYSTEM      JUL 30, 2015(C1)
INT6510                  CIVIL CASE INTAKE                 OPT: _____ -  INT
                      GENERAL PARTY INQUIRY               PAGE:   1  -    1

CASE NUM: 201267412A_ PJN> __  TRANS NUM: _____ CURRENT COURT: 270 PUB? _
CASE TYPE: BREACH OF CONTRACT           CASE STATUS: CASE ON APPEAL
STYLE: REGIONS BANK                   VS CHAHADEH, HASSAN
=============================================================================
                     **** INACTIVE PARTIES ****
  PJN   PER/CONN COC  BAR      PERSON NAME            PTY    ASSOC. ATTY
  NUM    NUMBER                                       STAT
_     00002-0001 DEF 00787725 CHAHADEH, HASSAN               HOWARD, WADE
_     00001-0001 PLT 11339500 REGIONS BANK                   KERR, ANDREW




==> (2) CONNECTION(S) FOUND
1=ACTIVE      2=ATY. INQ.    3=ACT.ENTRY    4=ISS. SERV.   5=DOC. INQ.
6=CASE INQ.   7=BACKWARD     8=FORWARD      9=PTY. ADDR.  10=REFRESH    11=HELP
```